**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| WILLIAM PEEBLES, | ) | |
| | ) | Cause No: 4:20-cv-00528-SRC |
| Plaintiff, | ) | |
| | ) | JURY TRIAL DEMANDED |
| vs. | ) | |
| | ) | |
| KEN RAINWATER, et al. | ) | |
| | ) | |
| Defendants. | ) | |

---

**PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS
ACTION SETTLEMENT**

---

**TO THE HONORABLE STEPHEN R. CLARK:**

For the reasons stated in their accompanying Memorandum in Support, Plaintiff William
Peebles, individually and on behalf of the class he seeks to represent, hereby moves this Court to
enter his proposed order and grant preliminary approval of this class action settlement. Defendants
do not oppose this motion.

Dated: June 18,2021

By:    ____/s/ *Sarah Jane Hunt*
Sarah Jane Hunt
MaryAnne Quill
Kennedy Hunt, P.C.
4500 West Pine Blvd.
St. Louis, MO 63108
Telephone: (314) 872-9041
Fax: (314) 872-9043
sarahjane@kennedyhuntlaw.com
mquill@kennedyhuntlaw.com
**ATTORNEYS FOR PLAINTIFF**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 18, 2021, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Missouri using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ *Sarah Jane Hunt*
Sarah Jane Hunt