**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| WILLIAM PEEBLES, ) | |
| ) | Cause No: 4:20-cv-00528-SRC |
| Plaintiff, ) | |
| ) | JURY TRIAL DEMANDED |
| vs. ) | |
| ) | |
| KEN RAINWATER, et al. ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT AGREEMENT, FOR APPROVAL OF ATTORNEYS' FEES AND COSTS, FOR APPROVAL OF SERVICE INCENTIVE AWARDS, AND FOR APPROVAL OF THE SETTLEMENT ADMINISTRATION FEE**

Named Plaintiff William Peebles respectfully requests that the Court enter an Order, in the form attached hereto as Exhibit A, approving the Parties' Confidential Class Action Settlement Agreement ("Settlement Agreement") as a fair and reasonable resolution of a *bona fide* dispute under the Fair Labor Standards Act, the Missouri Minimum Wage Act and state common law.

As demonstrated in the accompanying Memorandum of Law, the Parties' settlement constitutes the resolution of a *bona fide* dispute between the parties and is the result of arm's length negotiations, conducted by experienced counsel for all Parties, after litigating this case for over a year and attending mediation with an experienced mediator. The terms of the settlement are fair and reasonable to all Parties.

As a result, Plaintiff respectfully requests that the Court enter an order:

(1) granting Final Judgment;

(2) finding that the terms of the Settlement Agreement are fair, reasonable, and adequate;

(3) directing consummation of the terms and provisions of the Settlement Agreement;

(4) certify the Rule 23 Settlement Class for purposes of settlement only;

1

(5) dismissing the Action on the merits and with prejudice

(6) permanently enjoining all members of the Settlement Class from prosecuting against Defendant and the Released Entities any Released Claims.

(7) approving the Service Awards to the Named Plaintiffs and to the Opt-in Plaintiffs as stated in the Agreement;

((8) awarding Attorney's Fees in the amount of Seventy Three Thousand Tree Hundred Twenty Six Dollars and No Cents ($73,326.00) from the Maximum Gross Settlement Amount,

(9) awarding Litigation Costs in an amount of $6,517.33 from the Maximum Gross Settlement Amount; and

(10) awarding settlement administration fees to Simpluris of $4,500.00 from the Maximum Gross Settlement Amount.

WHEREFORE, for these reasons and those stated in the accompanying Memorandum, Plaintiff respectfully requests that the Court approve the Parties' Settlement Agreement.

Respectfully submitted,

_____/s/ *Sarah Jane Hunt*_____

Thomas E. Kennedy, III
Sarah Jane Hunt
4500 West Pine Blvd.
St. Louis, MO 63108
Telephone: (314) 872-9041
Fax: (314) 872-9043
tkennedy@kennedyhuntlaw.com
sarahjane@kennedyhuntlaw.com
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed and electronically served on all counsel of record via the CM/ECF System on Monday, October 25, 2021.

Ms. Patricia Martin
Ms. Lillian Manning
600 Washington Avenue, Suite 900
St. Louis, MO 63101
Phone: 314.659.2011
Facsimile: 314.659.2099
pmartin@littler.com
lmanning@littler.com
**ATTORNEYS FOR DEFENDANTS**

                                                /s/ *Sarah Jane Hunt*